UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE LONG BEACH ISLAND, a nonprofit corporation; and ROBERT STERN, Ph.D., an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>United States Department of the Interior; DEB HAALAND, Secretary of the Interior, acting in her official capacity; United States BUREAU OF OCEAN ENERGY MANAGEMENT; and AMANDA LEFTON, Director of the United States Bureau of Ocean Energy Management, acting in her official capacity;<br><br>  Defendants. | Case No. 22-55 |

**MOTION OF LOCAL COUNSEL TO ADMIT DAVID P. HUBBARD *PRO HAC VICE*; DECLARATION OF DAVID P. HUBBARD**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.2(d) of the Rules of this Court, local counsel for Plaintiff, Nancie G. Marzulla, moves for the admission of David P. Hubbard, *pro hac vice,* on the following grounds:

1. David P. Hubbard is admitted to practice and is in good standing before the United States Court of Appeals, Ninth Circuit; United States District Court, Eastern District of California; United States District Court, Central District of California; United States District Court, Southern District of California; United States District Court, Northern District of California; and State Court of California. I have verified Attorney Hubbard's active membership and good standing in these courts by checking the associated websites operated by these courts.

2. David P. Hubbard has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

Dated: January 10, 2022

Respectfully submitted,

s/Nancie G. Marzulla
Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave NW,
Suite 1050
Washington, D.C. 20036
(202) 822-6760
nancie@marzulla.com
D.C. Bar No. 400985

*Counsel for Plaintiffs*

### DECLARATION OF DAVID P. HUBBARD

I, DAVID P. HUBBARD, certify as follows:

1. I am a partner at the law offices of Gatzke Dillon & Ballance, LLP, located at 2762 Gateway Road, Carlsbad, California, (760) 431-9501. I am over 18 years of age and am competent to testify on my own behalf.

2. I am a member in good standing of every bar in which I have been admitted to the practice of law. These consist of the following: United States Court of Appeals, Ninth Circuit; United States District Court, Eastern District of California; United States District Court, Central District of California; United States District Court, Southern District of California; United States District Court, Northern District of California. In addition, I am a member in good standing of the State bar of California.

3. There are no disciplinary charges pending against me in any jurisdiction. I have never been disciplined or sanctioned by a court or bar association.

4. I have never previously been admitted to this court *pro hac vice*.

5. I have reviewed and become familiar with the Local Rules of the United States District Court for the District of Columbia.

6. Nancie Marzulla, a regular member of the bar of this Court, is advancing the present motion.

7. I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: January 10, 2022                                       /s/ David P. Hubbard