CO-386
10/2018

# United States District Court
# For the District of Columbia

Save Long Beach Island, Robert Stern )
)
)
)
                      Plaintiff )
vs )
United States Department of the Interior, Deb Haaland, acting in her official capacity, United States Bureau of Ocean Energy Management, Amanda Lefton, acting in her official capacity )
)
)
)
                      Defendant )

Civil Action No. __22-55_____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Save Long Beach Island_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

s/Nancie G. Marzulla
―――――――――――――――――――――
Signature

__400985_____
BAR IDENTIFICATION NO.

Nancie G. Marzulla
―――――――――――――――――――――
Print Name

1150 Connecticut Ave. NW Suite 1050
―――――――――――――――――――――
Address

Washington, D.C. 20036
―――――――――――――――――――――
City        State        Zip Code

(202) 822-6760
―――――――――――――――――――――
Phone Number