AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Save Long Beach Island, Robert Stern <br><br> *Plaintiff(s)* <br><br> v. <br><br> United States Department of the Interior, Deb Haaland, acting in her official capacity, United States Bureau of Ocean Energy Management, Amanda Lefton, acting in her official capacity <br><br> *Defendant(s)* | Civil Action No. 22-cv-00055-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Department of the Interior
1849 C Street NW, Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave. NW Suite 1050 Washington, D.C. 20036
David P. Hubbard
Gatzke Dillon & Ballance LLP
2762 Gateway Road Carlsbad, CA 92009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 01/11/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Save Long Beach Island, Robert Stern<br><br>*Plaintiff(s)*<br>v.<br>United States Department of the Interior, Deb Haaland, acting in her official capacity, United States Bureau of Ocean Energy Management, Amanda Lefton, acting in her official capacity<br>*Defendant(s)* | Civil Action No. 22-cv-00055-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Deb Haaland, Secretary of the Interior
1849 C Street NW, Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave. NW Suite 1050 Washington, D.C. 20036
David P. Hubbard
Gatzke Dillon & Ballance LLP
2762 Gateway Road Carlsbad, CA 92009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/11/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Save Long Beach Island, Robert Stern <br><br> *Plaintiff(s)* <br> v. <br> United States Department of the Interior, Deb Haaland, acting in her official capacity, United States Bureau of Ocean Energy Management, Amanda Lefton, acting in her official capacity <br> *Defendant(s)* | Civil Action No. 22-cv-00055-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Bureau of Ocean Energy Management
1849 C Street NW, Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave. NW Suite 1050 Washington, D.C. 20036
David P. Hubbard
Gatzke Dillon & Ballance LLP
2762 Gateway Road Carlsbad, CA 92009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/11/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Save Long Beach Island, Robert Stern

*Plaintiff(s)*

v.   Civil Action No. 22-cv-00055-DLF

United States Department of the Interior, Deb Haaland, acting in her official capacity, United States Bureau of Ocean Energy Management, Amanda Lefton, acting in her official capacity

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amanda Lefton, Director of U.S. Bureau of Ocean Energy Management
1849 C Street NW, Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancie G. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave. NW Suite 1050 Washington, D.C. 20036
David P. Hubbard
Gatzke Dillon & Ballance LLP
2762 Gateway Road Carlsbad, CA 92009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 01/11/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*