# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE LONG BEACH ISLAND, a nonprofit corporation; and ROBERT STERN, Ph.D., an individual,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>United States Department of the Interior; DEB HAALAND, Secretary of the Interior, acting in her official capacity; United States BUREAU OF OCEAN ENERGY MANAGEMENT; and AMANDA LEFTON, Director of the United States Bureau of Ocean Energy Management, acting in her official capacity;<br><br>　　　　Defendants. | Case No. 22-55 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
## OF ATTORNEY, DAVID P. HUBBARD, PRO HAC VICE

The Court has reviewed Plaintiffs' motion for admission of attorney, David P. Hubbard, pro hac vice. Upon consideration of that motion, the Court grants attorney, David P. Hubbard, admission to this Court for the purposes of this case only.

IT IS SO ORDERED.

DATED:_____     _____
　　　　　　　　　　　　　　　　　　　　United States District Judge