AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Save Long Beach Island, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00055-DLF |
| United States Department of the Interior, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Save Long Beach Island and Robert Stern, Ph.D.

Date:   01/21/2022

/s/ David P. Hubbard
*Attorney's signature*

David P. Hubbard (CA Bar No. 148660)
*Printed name and bar number*

Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, California 92009
*Address*

dhubbard@gdandb.com
*E-mail address*

(760) 431-9501
*Telephone number*

(760) 431-9512
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on January 21, 2022.

    /s/ David P. Hubbard
David P. Hubbard, *Pro Hac Vice*
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, CA  92009
(760) 431-9501
dhubbard@gdandb.com