## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Save Long Beach Island, et al., | Case No. 22-55 (DLF) |
| Plaintiffs, | Judge Dabney L. Friedrich |
| v. | |
| United States Department of the Interior, et al., | |
| Defendants. | |

## DECLARATION OF SERVICE

I, Marco J. Marzulla, Office Manager of Marzulla Law, LLC, certify that on January 11, 2022, I placed in certified mail, a summons for the United States Department of the Interior, along with a copy of the complaint in the above-captioned case, to the United States Department of the Interior 1849 C Street NW, Washington, D.C. 20240, which was delivered on January 13, 2022.

I further certify that on January 11, 2022, I placed in certified mail a summons for Deb Haaland, Secretary of the Interior, along with a copy of the complaint in the above-captioned case, to Deb Haaland, Secretary of the Interior, United States Department of the Interior 1849 C Street NW, Washington, D.C. 20240, which was delivered on January 14, 2022.

I further certify that on January 11, 2022, I placed in certified mail a summons for the United States Bureau of Ocean Energy Management, along with a copy of the complaint in the above-captioned case, to the United States Bureau of Ocean Energy Management 1849 C Street NW, Washington, D.C. 20240, which was delivered on January 12, 2022.

I further certify that on January 11, 2022, I placed in certified mail a summons for Amanda Lefton, Director of the United States Bureau of Ocean Energy Management, along with

a copy of the complaint in the above-captioned case, Amanda Lefton, Director of the United States Bureau of Ocean Energy Management 1849 C Street NW, Washington, D.C. 20240, which was delivered on January 14, 2022.

I further certify that on January 11, 2022, I placed in certified mail a copy of the summons and complaint to the Attorney General, Merrick Garland, United States Department of Justice 950 Pennsylvania Avenue NW, Washington, DC 20530, which was delivered on January 14, 2022.

I further certify that on January 11, 2022, I placed in certified mail a copy of the summons and complaint to the Civil Process Clerk, United States Attorney's Office, 555 4th Street NW, Washington, DC 20001, which was delivered on January 18, 2022. Copies of the delivery confirmations are attached.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day of January 2022.

Marco J. Marzulla
Marzulla Law, LLC
1150 Connecticut Avenue, NW
Suite 1050
Washington, DC 20036
(202) 822-6760

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9405503699300132970836

Your item was delivered to an individual at the address at 12:16 pm on January 13, 2022 in WASHINGTON, DC 20240.

USPS Tracking Plus™ Available ˅

## ✓ Delivered, Left with Individual

January 13, 2022 at 12:16 pm
WASHINGTON, DC 20240

Get Updates ˅

Text & Email Updates ˅

Tracking History ˅

USPS Tracking Plus™ ˅

Product Information ˅

See Less ˄

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9405503699300132970843

Your item was delivered to an individual at the address at 12:05 pm on January 14, 2022 in WASHINGTON, DC 20240.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Left with Individual

January 14, 2022 at 12:05 pm
WASHINGTON, DC 20240

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus™ ⌄

Product Information ⌄

See Less ⌃

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9405503699300132970874

Your item was delivered to an individual at the address at 12:39 pm on January 12, 2022 in WASHINGTON, DC 20560.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Left with Individual

January 12, 2022 at 12:39 pm
WASHINGTON, DC 20560

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| USPS Tracking Plus™ | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9405503699300132970898

Your item was delivered to an individual at the address at 12:05 pm on January 14, 2022 in WASHINGTON, DC 20240.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Left with Individual

January 14, 2022 at 12:05 pm
WASHINGTON, DC 20240

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus™ ⌄

Product Information ⌄

See Less ⌃

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9405503699300132970867

Your item was delivered at 5:21 am on January 14, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus™ Available** ⌄



## Delivered

January 14, 2022 at 5:21 am
WASHINGTON, DC 20530

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

USPS Tracking Plus™ ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9405503699300132970812

Your item was delivered at 4:48 am on January 18, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered

January 18, 2022 at 4:48 am
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

USPS Tracking Plus™ ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?