## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE LONG BEACH ISLAND, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, DEB HAALAND, in her official capacity as Secretary of the Interior, U.S. BUREAU OF OCEAN ENERGY MANAGEMENT, and AMANDA LEFTON, in her official capacity as Director of Bureau of Ocean Energy Management,<br><br>      Defendants. | Case No. 1:22-cv-00055-DLF |

### LCvR 26.1 CERTIFICATE OF DISCLOSURE

Pursuant to Federal Rule of Appellate Procedure 26.1 and Local Rule 7(o)(5), movants American Clean Power Association (ACP), Alliance for Clean Energy New York (ACE NY) and MAREC Action provide the following Certificate of Disclosure.

The undersigned counsel of record certifies that the following listed entities have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**The American Clean Power Association** is a nonprofit national trade association representing a broad range of entities with the common purpose of encouraging the expansion and facilitation of both onshore and offshore wind energy resources in the United States. ACP does not have a parent corporation. There is no publicly held corporation that owns 10 percent or more of any stake or stock in ACP.

**The Alliance for Clean Energy New York** is a nonprofit organization dedicated to promoting the use of clean, renewable electricity technologies and energy efficiency in New York State, in order to increase energy diversity and security, boost economic development, improve public health, and reduce air pollution. ACE NY's members are a mix of private companies and non-profit organizations interested in promoting clean energy and creating opportunities for growth in New York's clean energy economy. ACE NY does not have a parent corporation. There is no publicly held corporation that owns 10 percent or more of any stake or stock in ACE NY.

**MAREC (informally, "Mid-Atlantic Renewable Energy Coalition")** is a nonprofit organization formed to help advance the opportunities for renewable energy development primarily in the region where the Regional Transmission Organization PJM Interconnection operates. MAREC Action members include utility-scale wind (including offshore wind) and solar developers, wind turbine manufacturers and non-profit organizations dedicated to the growth of renewable energy technologies. MAREC Action does not have a parent corporation. There is no publicly held corporation that owns 10 percent or more of any stake or stock in MAREC Action.

Movants will file a revised corporate disclosure statement should they become aware of a change in corporate ownership interests that would affect the disclosures required by LCvR 26.1.

Dated:  May 9, 2022

Respectfully submitted,

**PERKINS COIE LLP**

By:  *s/ Stacey M. Bosshardt*
Stacey M. Bosshardt, Bar No. 458645
Edward Boling, Bar No. 1741920
Thomas Jensen, Bar No. 459555
Kerensa Gimre (*admission pending*)
700 Thirteenth Street, N.W., Suite 800
Washington, D.C.  20005-3960
Telephone: 202.661.5862
Facsimile:  202.624.9577
SBosshardt@perkinscoie.com
TedBoling@perkinscoie.com
TJensen@perkinscoie.com
KGimre@perkinscoie.com

*Counsel for Proposed Amici*