TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SARA E. COSTELLO
MICHELLE M. SPATZ
Trial Attorneys
P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0484 (Costello)
(202) 598-9741 (Spatz)
sara.costello2@usdoj.gov
michelle.spatz@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

SAVE LONG BEACH ISLAND, and
ROBERT STERN, Ph.D.

*Plaintiffs*,
     v.                                                                  No. 22-cv-00055 (DLF)

U.S. DEPARTMENT OF THE INTERIOR,
DEB HAALAND, in her official capacity as
Secretary of the Interior, U.S. BUREAU OF
OCEAN ENERGY MANAGEMENT, and
ELIZABETH KLEIN, in her official capacity
as Director of Bureau of Ocean Energy
Management,

*Defendants*.
_____

**DEFENDANTS' NOTICE REGARDING OCEAN WIND 1 OFFSHORE WIND FARM**

     Defendants the U.S. Department of the Interior; Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior; BOEM; and Elizabeth Klein, in her official capacity as Director of BOEM, provide notice of a factual development that has occurred since the filing of Defendants' Opposition to Plaintiffs' Motion for Leave to File Amended and

1

Supplemental Complaint, ECF No. 33. Defendants' Opposition stated that "BOEM has not approved any construction and operations plans for wind energy development within the Atlantic except for those associated with the Vineyard Wind 1 and the South Fork facilities—which Plaintiffs do not challenge." ECF No. 33 at 17 (citing Decl. of Karen J. Baker ¶ 6). In July 2023, BOEM signed a record of decision approving the construction and operations plan for Ocean Wind 1 Offshore Wind Farm. BOEM's record of decision is attached as Exhibit 1. This offshore wind project is *not* within the New York Bight. BOEM has not approved any construction and operations plans within the New York Bight.[1]

Respectfully submitted this 20th day of July, 2023.

    TODD KIM
    Assistant Attorney General
    U.S. Department of Justice
    Environment & Natural Resources Division

    */s/ Sara E. Costello*
    SARA E. COSTELLO (KS Bar No. 20898)
    Senior Trial Attorney
    Natural Resources Section
    (202) 305-0484
    sara.costello2@usdoj.gov
    MICHELLE M. SPATZ (D.C. Bar No. 1044400)
    Trial Attorney
    Wildlife & Marine Resources Section
    (202) 598-9741
    michelle.spatz@usdoj.gov

    *Counsel for Defendants*

Of Counsel:

KATHRYN SARVER
ROBERT L. SEBASTIAN
Attorney-Advisors
Office of the Solicitor
Division of Mineral Resources

---

[1] *See* https://www.boem.gov/renewable-energy/state-activities/new-york-bight

Department of the Interior
1849 C Street NW
Washington, D.C. 20240