IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAVE LONG BEACH ISLAND, and
ROBERT STERN, Ph.D.

*Plaintiffs*,

v.                                                            No. 22-cv-00055 (DLF)

U.S. DEPARTMENT OF THE INTERIOR,
DEB HAALAND, in her official capacity as
Secretary of the Interior, U.S. BUREAU OF
OCEAN ENERGY MANAGEMENT, and
ELIZABETH KLEIN, in her official capacity
as Director of Bureau of Ocean Energy
Management,

*Defendants*.

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR SCHEDULING ORDER**

The parties' joint motion for scheduling order is hereby GRANTED. Accordingly, the following schedule shall govern:

1. Defendants' motion to dismiss is due September 25, 2023.

2. Plaintiffs' response to Defendants' motion to dismiss is due November 1, 2023.

3. Defendants' reply in support of the motion to dismiss is due November 22, 2023.

SO ORDERED this day of _____, 2023.

_____
U.S. District Judge Dabney L. Friedrich