# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAVE LONG BEACH ISLAND, a nonprofit corporation; and ROBERT STERN, Ph.D., an individual, | Case No. 22-cv-55 (DLF) |
| Plaintiff, | Judge Dabney L. Friedrich |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; DEBRA HAALAND, Secretary of the Interior, acting in her official capacity; THE UNITED STATES BUREAU OF OCEAN ENERGY MANAGEMENT; and ELIZABETH KLEIN, Director of United States Bureau of Ocean Energy Management, acting in her official capacity | |
| Defendants. | |

## PLAINTIFFS' VOLUNTARY DISMISSAL OF ACTION

Nancie G. Marzulla (D.C. Bar ID: 400985)
Marzulla Law, LLC
1150 Connecticut Ave NW, Suite 1050
Washington, D.C.  20036
Phone:   (202) 822-6760
Email:    nancie@marzulla.com

David P. Hubbard, *Pro Hac Vice* (CA Bar No. 148660)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, CA 92009
Phone:   (760) 431-9501
Fax:       (760) 431-9512
Email:    dhubbard@gdandb.com

*Attorneys for Plaintiffs*

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Robert Stern, Ph.D, and Save Long Beach Island, Inc. ("Plaintiffs") hereby give notice that this action is voluntarily dismissed. Defendants the U.S. Department of the Interior; Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior; the U.S. Bureau of Ocean Energy Management; and Elizabeth Klein, in her official capacity as Director of the U.S. Bureau of Ocean Energy Management, have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice this voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: October 3, 2023                                    Respectfully submitted,


/s/ Nancie G. Marzulla
Nancie G. Marzulla (D.C. Bar ID: 400985)
Marzulla Law, LLC
1150 Connecticut Ave NW, Suite 1050
Washington, D.C.  20036
Phone:   (202) 822-6760
Email:   nancie@marzulla.com

/s/ David P. Hubbard
David P. Hubbard, *Pro Hac Vice* (CA Bar No. 148660)
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, CA 92009
Phone:   (760) 431-9501
Email:   dhubbard@gdandb.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on October 3, 2023.

 /s/ David P. Hubbard
David P. Hubbard, *Pro Hac Vice*
Gatzke Dillon & Ballance LLP
2762 Gateway Road
Carlsbad, CA  92009
(760) 431-9501
dhubbard@gdandb.com